Grande Western Railway Company. No opinion. Motion denied, on payment of $10 costs. See 32 N. Y. Supp. 37.

ROWELL et al., Appellant, v. LAMBERT, Respondent. (Supreme Court, Appellate Division, First Department. May 1, 1896.) Action by George P. Rowell and others against Edward M. Lambert. P. Carpenter, for appellant. D. W. Richards, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SCHECKER, Plaintiff, v. WOOLSEY et al., Defendants. (Supreme Court, Appellate Division, Second Department. April 14, 1896.) Action by William H. Schecker against Kate T. Woolsey and another. No opinion. Motion to resettle granted, and order signed. See 37 N. Y. Supp. 292.

SCHMIDT v. NEW YORK EL. RY. CO. (Supreme Court, Appellate Division, First Department. April 17, 1896.) Action by John D. Schmidt against the New York Elevated Railway Company. No opinion. Motion denied, with $10 costs. See 37 N. Y. Supp. 1100.

SHERIDAN, Respondent, v. SCOTT, Appellant. (Common Pleas of New York City and County. General Term. November, 1895.) Action by Catharine Sheridan against William Scott. Charles C. Nadal, for appellant. John A. Dutton, for respondent. No opinion. Judgment affirmed.

SMITH et al., Appellants, v. CITY OF BUFFALO, Respondent. (Supreme Court, General Term. Fifth Department. October, 1895.) Judgment affirmed, without costs. WARD, J., not sitting. No opinion.

SNYDER et al., Appellants, v. SUYDAM, Respondent. (Supreme Court, Appellate Division, Second Department. April 28, 1896.) Action by John J. Snyder and John J. Snyder, Jr., against John A. Suydam. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

STEDEKER, Respondent, v. PINTO, Appellant. (City Court of New York, General Term. March 16, 1896.) Action by Evelyn Stedeker against Cæsar L. Pinto. Jones & Govin, for appellant. Samuel Johnson, for respondent.

CONLAN, J. Appeal from an order denying a motion to vacate an order directing the examination of the judgment debtor. The order appealed from should be affirmed, with costs. All concur.

STEINBACK v. DIEPENBROCK. (Supreme Court, Appellate Division, First Department. March 13, 1896.) Action by Erwin Steinback against Louise Diepenbrock. No opinion. Motion denied, with costs, unless stipulation be given as directed in memorandum in two days from service of copy order hereon. See 37 N. Y. Supp. 279.

STONE v. COHEN. (Supreme Court, Appellate Division, First Department. March 13, 1896.) Action by Alfred E. Stone against Abraham Cohen. No opinion. Motion denied. See 36 N. Y. Supp. 1134, and 38 N. Y. Supp. 755.

TAGLIABUE et al., Respondents, v. METROPOLITAN EL. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1896.) Action by Sarah A. Tagliabue and others against the Metropolitan Elevated Railway Company. A. T. Stoutenbergh, for appellant. John A. Weeks, for respondents. No opinion. Judgment modified by reducing the fee damage to $3,000, and, as so modified, affirmed, without costs.

TALCOTT v. COWDRY et al. (City Court of New York, General Term. April 27, 1896.) Action by James Talcott against D. C. Cowdry and others. L. B. Bunnell, for appellant. Blumenstiel & Hirsch, for respondents.

VAN WYCK, C. J. This cause was first tried in June, 1887, and a verdict returned for plaintiff, which, however, was set aside by the trial judge, after investigation, in a well-considered opinion, concluding with the statement that there was no evidence whereon the jury could base a verdict for plaintiff; and an appeal was taken by plaintiff from the order setting aside the verdict, but the same was affirmed in November, 1887. The second trial of this cause was held in January, 1896, and resulted in the judgment of nonsuit, from which this appeal is taken; and upon this second trial the plaintiff did not make out a stronger case than he did on the first trial, which the trial judge held did not entitle him to go to the jury, and this was sustained by our general term of November, 1887. The judgment of nonsuit is affirmed, with costs.

THOMPSON v. SCHWARTZ et al. (two cases). (Supreme Court, Appellate Division, First Department. April 17, 1896.) Action by Amelia Thompson against Jacob Schwartz and others. No opinion. Motion denied, upon payment of $10 costs.

TOMPKINS, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1896.) Action by William Thomas Tompkins against the Brooklyn Heights Railroad Company. No opinion. Judgment and order affirmed, with costs. All concur.

In re TURL'S ESTATE. (Supreme Court, Appellate Division, First Department. May 15, 1896.) Proceeding to appraise the estate of John Turl, deceased, under the transfer tax act. W. W. Niles, Jr., for appellant. Edgar J. Levey, for respondent.

PER CURIAM. This order should be affirmed, upon the authority of the case of In re Livingston's Estate, 1 App. Div. 568, 37 N. Y. Supp. 463, from which we do not think it is distinguishable. This order should be affirmed, with $10 costs and disbursements.